**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

David G. Velde,                                           Civil No. 06-2312 (RHK/RLE)

       Plaintiff,                                  **ORDER**

vs.

Patrick Noll,

       Defendant.

---

      Based upon the Stipulation of Dismissal (Doc. No. 12), **IT IS ORDERED** that the above-entitled action is hereby **DISMISSED WITH PREJUDICE** and without costs or disbursements to any party.

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 13, 2007

                                                               s/Richard H. Kyle
                                                               RICHARD H. KYLE
                                                               United States District Judge